Kane Moon (SBN 249834)
E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
E-mail: afeghali@moonlawgroup.com
Hyunjin Kim (SBN 345518)
E-mail: hkim@moonlawgroup.com
**MOON LAW GROUP, PC**
725 South Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiffs George Gevork Geysimonyan and Brandon Warren

Steven M. Zadravecz (State Bar No. 185676)
szadravecz@jonesday.com
Aileen H. Kim (State Bar No. 324522)
aileenkim@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
CELLCO PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GEVORK GEYSIMONYAN, and BRANDON WARREN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-05840-DMG-AJR<br><br>*Assigned to Judge Dolly M. Gee*<br><br>**JOINT STATUS REPORT REGARDING MEDIATION AND NOTICE OF SETTLEMENT**<br><br>Action Filed:     May 6, 2024<br>Action Removed: July 11, 2024<br>Trial Date: None Set |

Pursuant to the Order Re Stipulation to Stay Action Pending Mediation (ECF #27), and the Joint Status Report (ECF #31) filed on June 24, 2025, Plaintiffs George Gevork Geysimonyan and Brandon Warren ("Plaintiff") and Defendant Cellco Partnership ("Defendant") submit the following joint report.

The Parties successfully reached a settlement in principle during the mediation session on June 26, 2025, and are currently drafting a written settlement agreement to memorialize the terms of the settlement. The settlement involved not only Plaintiffs' class and individual claims asserted in the above-captioned lawsuit, but also, Plaintiffs' claims brought under PAGA that are pending in state court (Los Angeles Superior Court). The Parties are still discussing the logistics of requesting class/PAGA settlement approval, due to the class action pending before this Court and the PAGA action pending before a state court.  The Parties are continuing to work diligently to finalize and execute the long form agreement and to seek appropriate relief from this Court under the terms of the settlement agreement. The Parties anticipate doing so in the next sixty (60) days, and respectfully request that the stay of this case remain in place during that time. In the meantime, the Parties agree that Plaintiffs' Motion to Remand (ECF #17) may be taken off calendar, alongside all other dates and deadlines in this matter.

Dated: July 8, 2025				MOON LAW GROUP PC


					By: /s/Hyunjin Kim

						Kane Moon
						Allen Feghali
						Hyunjin Kim

						Attorneys for Plaintiffs George Gevork Geysimonyan and Brandon Warren

| | | |
|---|---|---|
| 1 | Dated: July 8, 2025 | JONES DAY |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Steven M. Zadravecz |
| 5 | | Steven M. Zadravecz |
| 6 | | Aileen H. Kim |
| 7 | | Attorneys for Defendant Cellco Partnership |