UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | CV 24-05840-DMG (AJRx) | Date | July 8, 2025 |
|---|---|---|---|
| Title | *George Gevork Geysimonyan v. Cellco Partnership, et al.* | Page | 1 of 1 |

Present: The Honorable    **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER AND NOTICE TO ALL PARTIES [17] [33]**

In light of the Parties' July 8, 2025 Joint Status Report indicating that the case has settled in principle and that the parties are finalizing their written settlement agreement, the Court hereby continues the stay of this action for an additional 60 days. [Doc. # 33.] By **September 8, 2025**, the parties shall file either (1) a motion for preliminary approval of the class action settlement, or (2) a further joint status report regarding the Parties' progress in finalizing their written settlement agreement.

Plaintiff's Motion to Remand is **DENIED, without prejudice, as moot**. [Doc. # 17.] All dates and deadlines are **VACATED**, except those set forth herein.